# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Philip O. Willoughby, Jr. , an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Andrew Z. Tapp , an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Plaintiff , in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____
**Signature of Movant/Attorney**

44948
_____
**MO Bar Number**

_____
**Date**

12200 NW Ambassador Dr.
_____
**Address**

816-454-5600
_____
**Phone**

Suite 410
_____

Kansas City, Missouri 64163
_____

### Affidavit of Proposed Admittee

I, Andrew Z. Tapp , certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of Florida, Iowa and Kentucky and the United States District Court(s) of See Attachment "A" . (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**

_____
_____
_____

**Date:** 02/11/2026

**State Bar of Residence & Bar Number:**
68002 (Florida)

**Phone:** 813-228-0658

**Case Title(s)**

_____
_____
_____

**Signature:** _____

**Address:** 1971 W. Lumsden Road, #326

Brandon, FL 33511-8820

**Email:** Andrew@Metropolitan.Law

Pursuant to WDMO Local Rule 83.5(g) a fee of $100 is required for each case in which the attorney is seeking admittance.

# Attachment "A"

Jurisdictions to Which I am Admitted and year of Admission:

| Jurisdiction | Bar Number | Address | Year Admitted |
|---|---|---|---|
| State of Florida | 68002 | 500 South Duval Street Tallahassee, Florida 32399-1927 | 09/23/2009 |
| United States Supreme Court | 310876 | 1 First Street, NE Washington, DC 20543 | 10/07/2019 |
| U.S. Court of Appeals 1st Circuit | 1209786 | John Josheph Moakley Courthouse 1 Courthouse Way, Suite 2500 Boston, MA 02210 | 10/24/2023 |
| U.S. Court of Appeals 2nd Circuit | None Issued, Bar Numbers Not Provided by This Court | Thurgood Marshall U.S. Courthouse 40 Foley Square New York, New York 10007 | 09/20/2019 |
| U.S. Court of Appeals 4th Circuit | None Issued, Bar Numbers Not Provided by This Court | 1100 East Main Street, Suite 501 Richmond, Virginia 23219 | 09/04/2018 |
| U.S. Court of Appeals 9th Circuit | None Issued, Bar Number Not Provided by This Court | 95 Seventh Street San Francisco, CA 94103 | 07/22/2022 |
| U.S. Court of Appeals 11th Circuit | None Issued, Bar Number Not Provided by This Court | 56 Forsyth Street, N.W. Atlanta, GA 30303 | 05/20/2022 |
| U.S. District Court District of | None Issued, Bar Numbers Not | Alfred A. Arraj Courthouse 901 19th Street | 07/09/2019 |

| Jurisdiction | Bar Number | Address | Year Admitted |
|---|---|---|---|
| Colorado | Provided by This Court Prior to 08/04/2021 | Denver, Colorado 80294 | |
| U.S. District Court District of Columbia | FL0033 | 333 Constitution Ave., N.W. Washington, DC 20001 | 02/04/2019 |
| U.S. District Court-Middle District of Florida | 0068002 | Sam M. Gibbons United States Courthouse 801 North Florida Ave. Tampa, Florida 33602 | 10/24/2013 |
| U.S. District Court-Northern District of Florida | 68002 | United States Courthouse 111 N. Adams St. Tallahassee, Florida 32301 | 10/28/2016 |
| U.S. District Court-Southern District of Florida | 68002 | U.S. Federal Building and Courthouse 299 E. Broward Boulevard #108 Fort Lauderdale, Florida 33301 | 09/09/2010 |
| U.S. District Court-Eastern District of Michigan | None Issued | Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd. Detroit, Michigan 48226 | 04/09/2021 |
| U.S. District Court-Western District of Michigan | None Issued | 399 Federal Building 110 Michigan St. NW Grand Rapids, MI 49503 | 10/03/2023 |
| U.S. District Court-Eastern District of Wisconsin | None Issued | United States Federal Building and Courthouse 517 E. Wisconsin Ave. Milwaukee, WI 53202 | 03/27/2021 |

| Jurisdiction | Bar Number | Address | Year Admitted |
|---|---|---|---|
| State of Iowa | 202340 | 1111 East Court Avenue Des Moines, Iowa 50319 | 04/23/2024 |
| State of Kentucky | 101243 | 1001 Vandalay Drive Frankfort, KY 40601 | 05/16/2025 |
| U.S. District Court-Eastern District of Kentucky | None Issued | 101 Barr Street Lexington, KY 40507 | 06/03/2025 |